**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| JUDY CHAPMAN, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0034 |
| | ) | Judge Trauger |
| KROGER LIMITED PARTNERSHIP, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The court has been notified by counsel that this case has settled. It is hereby **ORDERED**

that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days

of the entry of this Order.

ENTER this 25th day of June 2010.

_____

ALETA A. TRAUGER
U.S. District Judge