Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUDY CHAPMAN and husband, RALPH PICKENS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:10-0034 ) |
| KROGER LIMITED PARTNERSHIP, INC., | ) ) ) Judge Trauger ) Magistrate Judge Bryant |
| Defendant. | ) |

## JOINT MOTION TO CANCEL INITIAL CASE MANAGEMENT CONFERENCE

COMES now the parties jointly, by and through counsel, and hereby moves this honorable Court to cancel the initial case management conference which is set in this matter for June 28, 2010 at 4:00 P.M. For grounds, as is evidenced by the signatures below, this case has been resolved as between the parties. The finalization of all required case resolution documents is in progress, and a joint motion to dismiss due to a compromise will be filed in the near future once all such documents are signed and executed.